No. 23-3682

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

SIERRA CLUB, et al.,
*Petitioners*

v.

TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVATION, et al.,
*Respondents*

and

TENNESSEE GAS PIPELINE COMPANY, L.L.C.,
*Intervenor-Respondent*

On Petition for Review from the
Tennessee Department of Environment and Conservation's
§401 Water Quality Certification and ARAP Permit NRS 22.192 (July 21, 2023)

## PETITIONERS' MOTION FOR TEMPORARY ADMINISTRATIVE STAY

JAMES S. WHITLOCK
SPENCER SCHEIDT
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801-3321
Telephone: (828) 258-2023
Email: jwhitlock@selcnc.org

DEREK O. TEANEY
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org

STEPHANIE BIGGS
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Email: sbiggs@selctn.org

*Counsel for Petitioners*

Petitioners move for a temporary administrative stay under Federal Rule of Appellate Procedure 27 to preserve the status quo until resolution of Petitioners' pending Motion for Stay Pending Review. ECF No. 64. On September 17, 2024, Petitioners learned that Intervenor-Respondent Tennessee Gas Pipeline Company, LLC ("TGP"), will not commit to refraining from earth and/or vegetation disturbing work in its right-of-way while Petitioners' stay motion is briefed and considered by the Court. Accordingly, a temporary administrative stay is necessary to preserve the status quo while the Court receives briefing on Petitioners' stay motion and to "permit time for the court to fully consider" the motion. *Sierra Club v. U.S. Army Corps of Eng'rs*, No. 20-2039, CM/ECF No. 38 (4th Cir. Oct. 16, 2020). In support of this motion, Petitioners state as follows:

1.  The entry of a temporary administrative stay "is a routine practice" in federal appellate courts. *In re Abbott*, 800 Fed. App'x 296, 298 (5th Cir. 2020) (unpublished opinion).

2.  As the Eighth Circuit has observed, "[t]he purpose of [an] administrative stay is to give the court sufficient opportunity to consider the merits of [a] motion for a stay pending appeal." *Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (compiling cases).

3.  By definition, a temporary administrative stay is temporary and "remain[s] in effect until such time as the court has ruled" on the substantive motion

for a stay pending review. *Sierra Club v. U.S. Army Corps of Eng'rs*, No. 20-2039, CM/ECF No. 38 (4th Cir. Oct. 16, 2020); *see also Nat'l Urb. League v. Ross*, 977 F.3d 698, 700-01 (9th Cir. 2020) ("[A]n administrative stay 'is only intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits, and does not constitute in any way a decision as to the merits of the motion for stay pending appeal.'" (quoting *Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019)); *Al Otro Lado v. Wolf*, 945 F.3d 1223, 1224 (9th Cir. 2019) (same).

4. On July 21, 2023, the Tennessee Department of Environment and Conservation issued a certification under §401 of the Clean Water Act (33 U.S.C. §1341) to TGP for its proposed Cumberland Pipeline (the "Certification"), and Petitioners petitioned this Court for review of the Certification on August 18, 2023. ECF No. 1-2.

5. The parties completed briefing of the merits of the petition for review on August 26, 2024. ECF Nos. 57, 58, 59, 60, 61, & 62. No oral argument on the petition has yet been scheduled.

6. On September 18, 2024, Petitioners filed a motion for stay pending review of the July 21, 2023 Certification under Federal Rule of Appellate Procedure 18(a). ECF No. 64. As set forth in that motion, a stay pending review is necessary to avoid the irreparable harm that would result from pipeline construction while the

case is heard in the ordinary course. Petitioners have shown that a stay is warranted under the four-factor test articulated in *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

7. No stay was necessary at the time the petition for review was filed or during briefing because TGP did not have authorization to engage in pipeline construction at that time.

8. On August 29, 2024, however, the Federal Energy Regulatory Commission issued an order authorizing TGP to engage in all construction activities related to the Cumberland Pipeline. ECF No. 64-3.

9. Late in the day on September 17, 2024, counsel for TGP informed counsel for Petitioners that the company was not willing to refrain from earth and/or vegetation disturbing activities before October 16, 2024, as part of a proposed agreed briefing schedule that would include a respite from such activities to allow the Court time to resolve Petitioners' stay motion.

10. In the absence of a temporary administrative stay in this matter, the status quo would be upended and TGP would be free to engage in high-impact construction activities in its right-of-way for the Cumberland Pipeline before Petitioners' stay motion is fully briefed and resolved.

- 4 -

WHEREFORE, this Court should "enter[] a temporary administrative stay to permit time for full consideration of the motion[]" for stay pending review. *Twelve John Does v. Dist. of Columbia*, 841 F.2d 1133, 1137 (D.C. Cir. 1988).

Dated:  September 19, 2024

Respectfully submitted,

| | |
|---|---|
| **/s/ JAMES S. WHITLOCK** | **/S/ DEREK O. TEANEY** |
| JAMES S. WHITLOCK | DEREK O. TEANEY |
| SPENCER SCHEIDT | APPALACHIAN MOUNTAIN ADVOCATES |
| SOUTHERN ENVIRONMENTAL LAW CENTER | P.O. Box 507 |
| 48 Patton Avenue, Suite 304 | Lewisburg, WV 24901 |
| Asheville, NC 28801-3321 | Telephone: (304) 646-1182 |
| Telephone: (828) 258-2023 | Email: dteaney@appalmad.org |
| Email: jwhitlock@selcnc.org | |
| Email: sscheidt@selcnc.org | |

STEPHANIE BIGGS
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Email: sbiggs@selctn.org

*Counsel for Petitioners*

- 5 -

## CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMIT

This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A), because this motion contains 711 words and has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman.

/s/ JAMES S. WHITLOCK
JAMES S. WHITLOCK
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801-3321
Telephone: (828) 258-2023
Email: jwhitlock@selcnc.org

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

> **/s/ JAMES S. WHITLOCK**
> JAMES S. WHITLOCK
> SOUTHERN ENVIRONMENTAL LAW CENTER
> 48 Patton Avenue, Suite 304
> Asheville, NC 28801-3321
> Telephone: (828) 258-2023
> Email: jwhitlock@selcnc.org