**Case No. 23-3682**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

◆

**SIERRA CLUB, et al.,**
*PETITIONERS,*

v.

**TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVATION,**
*RESPONDENT*

AND

**TENNESSEE GAS PIPELINE COMPANY, L.L.C.,**
*INTERVENOR-RESPONDENT.*

◆

On Petition for Review from the
Tennessee Department of Environment and Conservation's
§ 401 Water Quality Certification and ARAP Permit NRS 22.192 (July 21, 2023)

◆

**TENNESSEE GAS PIPELINE COMPANY, L.L.C.'s
PRELIMINARY OPPOSITION TO STAY MOTIONS (CORRECTED)**

◆

Bartholomew J. Kempf
Lela M. Hollabaugh
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
(615) 252-4714 (fax)
bkempf@bradley.com
lhollabaugh@bradley.com

Scott Burnett Smith
Schyler B. Burney
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5100
(256) 517-5200 (fax)
ssmith@bradley.com
sburney@bradley.com

| | |
|---|---|
| Emily M. Ruzic<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 5th Avenue N<br>Birmingham, Alabama 35203<br>(205) 521-8447<br>(205) 521-8800 (fax)<br>eruzic@bradley.com | David A. Super<br>Kevin A. Ewing<br>Ann D. Navaro<br>Bracewell LLP<br>2001 M Street, NW, Suite 900<br>Washington, D.C. 20036<br>Telephone: (202) 828-5836<br>david.super@bracewell.com<br>kevin.ewing@bracewell.com<br>ann.navaro@bracewell.com |

*Counsel for Tennessee Gas Pipeline Company L.L.C.*

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3682          Case Name: Sierra Club v. TDEC

Name of counsel: Scott Burnett Smith

Pursuant to 6th Cir. R. 26.1, Intervenor Tennessee Gas Pipeline Company, L.L.C.
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. Kinder Morgan, Inc. (NYSE ticker: KMI) owns 100% Kinder Morgan GP LLC, which is the general partner of Kinder Morgan Energy Partners, L.P., owning the 1% general partner interest (the limited partner interest is owned by Kinder Morgan, Inc. (97.5842%) and Kinder Morgan GP LLC (1.4158%). Kinder Morgan Energy Partners, L.P. owns 100% of Kinder Morgan Operating LLC "A", which is the immediate parent and owner of all the outstanding membership interests of Tennessee Gas Pipeline Company, L.L.C.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. Kinder Morgan, Inc. (NYSE ticker: KMI) owns 100% Kinder Morgan GP LLC, which is the general partner of Kinder Morgan Energy Partners, L.P., owning the 1% general partner interest (the limited partner interest is owned by Kinder Morgan, Inc. (97.5842%) and Kinder Morgan GP LLC (1.4158%). Kinder Morgan Energy Partners, L.P. owns 100% of Kinder Morgan Operating LLC "A", which is the immediate parent and owner of all the outstanding membership interests of Tennessee Gas Pipeline Company, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on  September 19, 2024  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Scott Burnett Smith

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

1.      Petitioners Appalachian Voices and Sierra Club recently filed not one but two stay motions: (1) a motion for a temporary administrative stay (essentially, a "pre-stay stay motion") and (2) a stay motion. 6th Cir. Nos. 64 & 65.

2.      All motions should be routed to the merits panel. *See* 6TH CIR. R. I.O.P. 27(a)(2). This administrative appeal has been pending over a year, since August 18, 2023. *See* 6th Cir. No. 1. It has been fully briefed. Briefing completed on August 26, 2024. 6th Cir. Nos. 57, 58, 59 60, 61, & 62.

3.      There is no precedent for a pre-stay stay in the Sixth Circuit. Regardless of its preliminary adjective, a stay of any length is disruptive and must satisfy the requirements of *Nken v. Holder*, 556 U.S. 418, 434 (2009). "A stay is an intrusion into the ordinary processes of administration and judicial review and accordingly is not a matter of right, even if irreparable injury might otherwise result to the appellant." *Id.* at 427 (cleaned up). Petitioners have not attempted to carry their burden for an administrative stay.

4.      The stay motion should be denied for at least five reasons. First, it is filed in the wrong Court. The D.C. Circuit, not this Circuit, has jurisdiction over

FERC's notice to proceed with construction of this natural gas pipeline. FERC's notice to proceed is what prompted Petitioners' motions, but they have not asked FERC or the D.C. Circuit for rehearing or to stay construction. Second, the stay motion is over a year late. Laches bars any stay. Third, Petitioners failed to exhaust their remedies with the underlying agency. Federal Rule of Appellate Procedure 18(a)(1) prevents a stay. Fourth, Petitioners cannot show they are likely to prevail on appeal, much less the existence of any imminent, irreparable harm. *Nken* thus bars a stay. 556 U.S. at 434–35. Fifth, Petitioners cannot post security necessary to insure against the construction delay damages that any stay would impose on Tennessee Gas Pipeline or TVA. FED. R. APP. P. 18(b).

5. This is not an emergency. Petitioners have not notified any party or the Clerk of Court that these are emergency motions. *See* 6TH CIR. R. I.O.P. 27(c). Any urgency here is one of Petitioners' making. Petitioners have had full knowledge of Tennessee Gas Pipeline's construction commencement date for months, and Tennessee Gas Pipeline is providing weekly construction updates to all parties in the FERC proceeding, including Petitioners. Further, the FERC notice to proceed (the event Petitioners claim triggered imminent harm) was issued three

weeks ago. Petitioners inexplicably sat on their hands for 20 days before filing its stay petition and are now rushing to the Court for relief.

6. Tennessee Gas Pipeline intends to file written opposition briefs to both the pre-stay stay motion and the stay motion within ten days of their filing, as allowed by Federal Rule of Appellate Procedure 27(a)(3).

Date: September 19, 2024

Respectfully submitted,

*/s/ Scott Burnett Smith*
Scott Burnett Smith
Schyler B. Burney
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Tel.: (256) 517-5100
Fax: (256) 517-5200
ssmith@bradley.com
sburney@bradley.com

Bartholomew J. Kempf
Lela M. Hollabuagh
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Tel.: (615) 244-2582
Fax: (615) 252-4714
bkempf@bradley.com
lhollabaugh@bradley.com

Emily M. Ruzic
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue N.
Birmingham, Alabama 35203
(205) 521-8447
(205) 521-8800 (fax)
eruzic@bradley.com

David A. Super
Kevin A. Ewing
Ann D. Navaro
Bracewell LLP
2001 M Street, NW, Suite 900
Washington, D.C. 20036
Telephone: (202) 828-5836
david.super@bracewell.com
kevin.ewing@bracewell.com
ann.navaro@bracewell.com

*Counsel for Intervenor-Respondent*
*Tennessee Gas Pipeline Company, L.L.C.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 6th Circuit Rule 27, I certify that this motion complies with the applicable type-volume limitation. According to the word count in Microsoft Word, there are 489 words in this motion.

*/s/ Scott Burnett Smith*
*Counsel for Intervenor-Respondent*
*Tennessee Gas Pipeline Company L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Scott Burnett Smith*
*Counsel for Intervenor-Respondent*
*Tennessee Gas Pipeline Company L.L.C.*
