**Case No. 23-3682**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**SIERRA CLUB, et al.,**
*PETITIONERS,*

**v.**

**TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVATION,**
*RESPONDENT*

AND

**TENNESSEE GAS PIPELINE COMPANY, L.L.C.,**
*INTERVENOR-RESPONDENT.*

On Petition for Review from the
Tennessee Department of Environment and Conservation's
§ 401 Water Quality Certification and ARAP Permit NRS 22.192 (July 21, 2023)

# INTERVENOR TENNESSEE GAS PIPELINE COMPANY, L.L.C.'s REQUEST FOR RESOLUTION OF PETITIONERS' STAY MOTION BY OCTOBER 14, 2024 AND SUGGESTION OF MOOTNESS REGARDING PETITIONERS' MOTION FOR ADMINISTRATIVE STAY

On September 18 and 19, 2024, Petitioners Sierra Club and Appalachian Voices (collectively "Sierra Club") filed first a motion for a stay pending appeal

("Stay Motion") and then a motion for a temporary administrative stay ("Motion for Administrative Stay") in this action challenging the water quality certification issued to Tennessee Gas Pipeline by the Tennessee Department of Environment and Conservation under Section 401 of the Clean Water Act. Tennessee Gas Pipeline intends to file its opposition to the Stay Motion, supported by witness declarations, by September 30, 2024, the due date under Federal Rule of Appellate Procedure 27(a)(3). Tennessee Gas Pipeline respectfully requests that the merits panel rule on the Stay Motion by October 14, 2024, in order to prevent disruption to the work schedule for the Cumberland Project. Tree clearing and ground disturbing activities in the right-of-way for the pipeline are set to commence no earlier than October 15, 2024. Tennessee Gas Pipeline must commence that work on or shortly after October 15, 2024, in order to maintain its critical construction schedule for timely delivery of contracted transportation capacity services. As will be described fully in Tennessee Gas Pipeline's opposition to the Stay Motion, disruption of that carefully calibrated schedule would irreparably harm Tennessee Gas Pipeline.

In the meantime, there is no need for the Court to act on Sierra Club's Motion for Administrative Stay, which is moot based on the schedule set forth above. Consistent with its publicly filed construction schedule and the terms of its federal authorizations, Tennessee Gas Pipeline will not commence tree clearing and ground

disturbing activities in the Cumberland Project's authorized right-of-way until October 15, 2024, at the earliest. Accordingly, Sierra Club's Motion for Administrative Stay is moot based on this schedule and there is no need for the Court to take action on it.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Scott Burnett Smith*

Scott Burnett Smith
Schyler B. Burney
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5100
ssmith@bradley.com
sburney@bradley.com

Bartholomew J. Kempf
Lela M. Hollabaugh
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
bkempf@bradley.com
lhollabaugh@bradley.com

Emily M. Ruzic
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue N.
Birmingham, Alabama 35203
(205) 521-8447
eruzic@bradley.com

David A. Super
Kevin A. Ewing
Ann D. Navaro
Bracewell LLP
2001 M Street, NW, Suite 900
Washington, D.C. 20036
(202) 828-5836
david.super@bracewell.com
kevin.ewing@bracewell.com
ann.navaro@bracewell.com

*Counsel for Intervenor-Respondent Tennessee Gas Pipeline Company, L.L.C.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27, I certify that this filing complies with the applicable type-volume limitation. According to the word count in Microsoft Word, there are 301 words in this request.

*/s/ Scott Burnett Smith*
*Counsel for Intervenor-Respondent*
*Tennessee Gas Pipeline Company, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Scott Burnett Smith*
*Counsel for Intervenor-Respondent*
*Tennessee Gas Pipeline Company, L.L.C.*