**636 - 6th Floor East Courtroom, 9:00 A.M.**  **Tuesday, December 10, 2024**

**Moore, Clay, Thapar**

**23-3682**  **Sierra Club, et al. v. TN Department of Environment and Conservation, et al.**

| | | |
|---|---|---|
| Sierra Club, et al. | ret | Derek Teaney |
| | | *5 Minutes Rebuttal* |
| **Petitioners** | | |

V.

| | | |
|---|---|---|
| Tennessee Department of Environment and Conservation, et al. | ret | Wilson Buntin |
| | | *Arguing 1st – 10 Minutes* |
| **Respondents** | | |
| Tennessee Gas Pipeline Company | ret | David A. Super |
| | | *Arguing 2nd – 5 Minutes* |
| **Intervenor** | | |

*Ryan Orme, Courtroom Deputy*

Petitioners seek review of the Tennessee Department of Environment and Conservation's issuance under the Clean Water Act of a Water Quality Certification for a proposed pipeline.   (15 Minutes for Petitioners; 15 Minutes to be Shared by Respondents and Intervenor)