No. 23-3682

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

SIERRA CLUB, et al.,
*Petitioners*

v.

TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVATION, et al.,
*Respondents*

and

TENNESSEE GAS PIPELINE COMPANY, L.L.C.,
*Intervenor-Respondent*

On Petition for Review from the
Tennessee Department of Environment and Conservation's
§401 Water Quality Certification and ARAP Permit NRS 22.192 (July 21, 2023)

**PETITIONERS' RESPONSE TO INTERVENOR'S EMERGENCY MOTION FOR CLARIFICATION OR TO IMMEDIATELY LIFT STAY**

JAMES S. WHITLOCK
SPENCER SCHEIDT
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801-3321
Telephone: (828) 258-2023
Email: jwhitlock@selc.org

STEPHANIE BIGGS
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Email: sbiggs@selc.org

DEREK O. TEANEY
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org

*Counsel for Petitioners*

Petitioners, by and through counsel, submit this Response to Intervenor Tennessee Gas Pipeline Company, LLC's ("TGP") Emergency Motion for Clarification that the October 11, 2024 Stay Pending Review is Dissolved, or, in the Alternative, to Immediately Lift Stay Pending Review in light of the Court's April 4 Opinions and Judgments. [ECF #83-1].

Petitioners do not object to the relief sought in TGP's motion, so long as TGP obtains all requisite approvals in advance of commencing construction of the Pipeline and complies with all permits during Pipeline construction. This includes, but is not limited to, obtaining a modified Section 404 permit from the Army Corps of Engineers and a variance approval from the Federal Energy Regulatory Commission authorizing tree clearing along the Pipeline route during the dates proposed by TGP. *See* [ECF #83-5, at ¶¶ 9-10].

Dated:      April 14, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ JAMES S. WHITLOCK | /s/ DEREK O. TEANEY |
| JAMES S. WHITLOCK | DEREK O. TEANEY |
| SPENCER SCHEIDT | APPALACHIAN MOUNTAIN ADVOCATES |
| SOUTHERN ENVIRONMENTAL LAW CENTER | P.O. Box 507 |
| 48 Patton Avenue, Suite 304 | Lewisburg, WV 24901 |
| Asheville, NC 28801-3321 | Telephone: (304) 646-1182 |
| Telephone: (828) 258-2023 | Email: dteaney@appalmad.org |
| Email: jwhitlock@selc.org | |
| Email: sscheidt@selc.org | |

STEPHANIE BIGGS
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Email: sbiggs@selc.org

*Counsel for Petitioners*

**CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMIT**

This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A), because this motion contains 135 words and has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman.

/s/ **JAMES S. WHITLOCK**
JAMES S. WHITLOCK
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801-3321
Telephone: (828) 258-2023
Email: jwhitlock@selc.org

## CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ JAMES S. WHITLOCK
JAMES S. WHITLOCK
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801-3321
Telephone: (828) 258-2023
Email: jwhitlock@selcnc.org