UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Apr 15, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| SIERRA CLUB; APPALACHIAN VOICES, | ) |
| Petitioners, | ) |
| v. | ) O R D E R |
| TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVATION; DAVID W. SALYERS, in his official capacity as Commissioner of the Tennessee Department of Environment and Conservation; APRIL GRIPPO, in her official capacity as Interim State Director of the Division of Water Resources of the Tennessee Department of Environment and Conservation, | ) |
| Respondents, | ) |
| TENNESSEE GAS PIPELINE COMPANY, | ) |
| Intervenor. | ) |

Before: MOORE, CLAY, and THAPAR, Circuit Judges.

Upon review and consideration of the Intervenor's emergency motion, it is ORDERED that the motion to lift the stay is hereby GRANTED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk